IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00263-RJC-DCK

| | |
|---|---|
| USA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| JUAN MANUEL MONTOYA-CASTRO, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss the Indictment and Unseal, (Doc. No. 5), without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 5), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice and this case is **UNSEALED**.

Signed: January 8, 2020

Robert J. Conrad, Jr.
United States District Judge